UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| AUGUST ROBIN, ET AL. | CIVIL ACTION NO. 04-1695 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JACK B. BINION, ET AL. | MAGISTRATE JUDGE HAYES |

**ORDER**

Before the Court is a "Motion to Strike" (Record Document 147) filed by Plaintiffs, Robert E. Piper, Jr., Cassandra Piper, and Wendell Piper (hereinafter collectively referred to as "Plaintiffs"). In the motion, Plaintiffs seek to strike a "Motion for Protective Order" (Record Document 139) filed by Defendants, Jack B. Binion, Horseshoe Entertainment, L.P., Horseshoe Gaming Holding Corporation, and New Gaming Capital Partnership (hereinafter collectively referred to as "Defendants"), on the grounds that the motion failed comply the Federal Rules of Civil Procedure and the local rules of this Court. Specifically, Plaintiffs ask that the Court strike the Motion for Protective Order due to Defendants failure to include "a certificate of counsel for the moving party stating that counsel have conferred in person or by telephone for purposes of amicably resolving the issues and stating why they are unable to agree or stating that opposing counsel has refused to so confer after reasonable notice," as required by Local Rule 37.1W.

After reviewing the record, the Court agrees that the "Motion for Protective Order" (Record Document 139) filed by Defendants was deficient in that it did not comply with Local Rule 37.1W. However, the Clerk's Office failed to identify the deficiency and, thus, did not issue the appropriate notice of deficiency to counsel for Defendants. In light of this

error, the Court will allow Defendants to supplement their "Motion for Protective Order." Further, because Defendants will be permitted to supplement their "Motion for Protective Order," the "Motion to Strike" filed by Plaintiffs is **DENIED**.

Accordingly,

**IT IS ORDERED** that counsel for Defendants shall supplement the "Motion for Protective Order" (Record Document 139) in accordance with Local Rule 37.1W by **April 26, 2006**; that Plaintiffs may file an opposing brief by **May 10, 2006**; and that Defendants may file a reply brief by **May 17, 2006**.

**IT IS FURTHER ORDERED** that the "Motion to Strike" (Record Document 147) be and is hereby **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 20th day of April, 2006.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE