**MINUTE ENTRY**
**JANUARY 8, 2007**
**JUDGE S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| AUGUST ROBIN, ET AL. | CIVIL ACTION NO. 04-1695 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JACK B. BINION, ET AL. | MAGISTRATE JUDGE HAYES |

The Court held a pretrial conference on January 5, 2007, in the above-captioned matter. Tommy Johnson appeared on behalf of Plaintiffs Wendell Piper and Cassandra Piper. Tommy Johnson, Zelda Tucker, and Robert Piper appeared on behalf of Plaintiff Robert Piper. Jim Madison and John Madison appeared on behalf of Defendants. John Houghtaling, counsel for Plaintiff August Robin, did not appear due to the Memorandum Ruling (Record Document 446) issued by this Court on January 4, 2007. Whitney Howell is the law clerk assigned to this matter and questions relating to this case should be directed to her.

The jury trial in the above-captioned matter was set for January 22, 2007. At the request of Plaintiffs, and without defense objection, the jury trial in the above-captioned matter is **RESET** for **Wednesday, March 21, 2007**. The case is first on the Court's March 21st docket and is expected to last three days or less. In light of this trial date, the Court **SETS** a pretrial conference for **Friday, March 2, 2007** at **10:00 a.m.** In accordance with Local Rule 16.4, counsel shall inform the Court immediately if settlement is reached.

Counsel shall continue to submit to Chambers both electronic and paper courtesy

copies of all submissions.  The electronic submission shall be formatted in WordPerfect or Rich Text Format and submitted on a 3.5" disk or emailed to: **motions_hicks@lawd.uscourts.gov**.  Exhibits do not need to be emailed.

In light of Defendants' representation that Dominic Polizzotto would not serve as a witness on the issue of revocation of comp privileges, i.e., the only remaining claim in this case, the Court hereby **DENIES AS MOOT** the "Motion to Disqualify Dominic Polizzotto as a Witness and Strike his Deposition Testimony" (Record Document 244).

As discussed in the pretrial conference, Defendants shall file a memorandum of law and/or an appropriate motion on the issue of subject matter jurisdiction by **January 22, 2007**.  The Piper Plaintiffs' response to such memorandum and/or motion is due **February 5, 2007**.  The same deadlines apply to any memorandum of law and/or appropriate motion Defendants may wish to file regarding whether the Piper Plaintiffs can recover non-pecuniary damages in relation to their claim of revocation of comp privileges.

Also in accordance with discussions at the pretrial conference, the Piper Plaintiffs shall file an expert report on the issue of valuation of comp privileges by **February 16, 2007**.  If Defendants' wish to respond to such report, their response is due **March 2, 2007**.

Further, in light of the jury trial being reset for March 2007, the January 12th and January 17th deadlines regarding motions in limine set in an earlier minute entry (Record Document 448) are **UPSET** and the parties may address the need for any additional motions in limine at the March 2, 2007 pretrial conference.

*[Signature]*