**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| AUGUST ROBIN, ET AL. | CIVIL ACTION NO. 04-1695 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JACK B. BINION, ET AL. | MAGISTRATE JUDGE HAYES |

**MEMORANDUM RULING**

Before the Court is the "Piper Plaintiffs' Motion to Dismiss Comp Claim with a Reservation of Rights to Pursue Appeal of Dismissed Claims." See Record Document 466. Defendants filed a response to the Motion to Dismiss, requesting that the motion be granted to the extent that the Piper Plaintiffs' remaining claim was dismissed with prejudice. See Record Document 467.

The Court has reviewed both the Motion to Dismiss and Defendants' response and finds that the Motion to Dismiss shall be granted.[1] To determine whether the dismissal should be with or without prejudice, the Court found guidance in Marshall v. Kansas City Southern Ry. Co., 378 F.3d 495 (5th Cir. 2004). In Marshall, the Fifth Circuit stated that "a party cannot use voluntary dismissal without prejudice as an end-run around the final judgment rule to convert an otherwise non-final-and thus non-appealable-ruling into a final decision" that is appealable. Id. at 500. Here, the Piper Plaintiffs requested that "all other claims, specifically those dismissed by the [order] of this court on January 4, 2007, be preserved for review by the U.S. Fifth Circuit Court of Appeals," thus evidencing their desire to proceed to an appeal in the instant matter. Record Document 166-2 at 1. In order for

---

[1]Such ruling necessarily **MOOTS** Defendants' pending Motion for Summary Judgment (Record Document 460) in this matter.

the parties to proceed to the appellate stage of this litigation, the dismissal entered in the above-captioned matter will be with prejudice.

Accordingly,

**IT IS ORDERED** that the "Piper Plaintiffs' Motion to Dismiss Comp Claim with a Reservation of Rights to Pursue Appeal of Dismissed Claims" (Record Document 466) be and is hereby **GRANTED**. The Piper Plaintiffs' claim for damages relating to the denial of comp benefits by Defendants be and is hereby **DISMISSED WITH PREJUDICE** at the Piper Plaintiffs' costs.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 5th day of February, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE